**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DEMETRIC L. SLAUGHTER

CIVIL ACTION

versus

23-cv-1642-SDD-RLB

EXXON MOBILE CORPORATION

## JUDGMENT

For the written reasons assigned by the Court on January 28, 2026:

Judgment is hereby entered in favor of Defendant, Exxon Mobil Corporation (erroneously sued as "Exxon Mobile Corporation") and against Plaintiff, Demetric L. Slaughter. This matter is dismissed with prejudice.

**IT IS SO ORDERED**.

Signed in Baton Rouge, Louisiana this 15th day of June, 2026.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**