RETURN



# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**
**Clerk of Court**

**Telephone: 225-389-3500**
**Facsimile: 225-389-3501**

July 29, 2026

Scott D. Huffstetler
Kean Miller, LLP
P. O. Box 3513
400 Convention Street, Suite 700
Baton Rouge, LA 70821

Re: USDC Case No. 3:23-cv-01642-SDD-RLB; Slaughter v. Exxon Mobil Corporation
    USCA Case No. 26-30111

## *NOTICE TO COUNSEL*

Per your request to view all sealed documents and having the approval from the Fifth Circuit Court of Appeals, provided are sealed documents.  Please make note of the following:

- Any request to view any other sealed documents must be submitted to the Fifth Circuit for approval.
- You are reminded not to copy or divulge the contents of these pleadings.

Sincerely,
Michael L. McConnell, Clerk

BY: *Nicole' L. Toups*
Deputy Clerk

Received by: _Huffstetler_

Date: _8/4/26_



**KeanMiller**

PO Box 3513 · Baton Rouge, LA 70821
SDH

BATON ROUGE LA 707

5 AUG 2026 AM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.78 º
08/04/2026 ZIP 70802
043M31271869

US POSTAGE

SCREENED

U.S. MARSHAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
ATTN: NICOLE' L. TOUPS
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LA 70801

70801-171739